IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADY MACCASLAND, INC.,

Plaintiff

v.                                                              No. 16-0380-DRH

JAMES WOMACK and
JORDAN WOMACK,

Defendants.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

On April 5, 2016, plaintiff filed suit against defendants for breach of contract based on diversity jurisdiction, 28 U.S.C. § 1332 (Doc. 1). However, a review of the complaint reveals that plaintiff alleged residency rather than citizenship as to the parties in the complaint. "[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction." *Meyerson v. Harrah's E. Chicago Casino,* 299 F.3d 616, 617 (7th Cir. 2002). *See also Tylka v. Gerber Prods. Co.,* 211 F.3d 445, 448 (7th Cir. 2000) ("[A]llegations of residence are insufficient to establish diversity jurisdiction."); *Held v. Held,* 137 F.3d 998, 1000 (7th Cir. 1998) (same). Further, a corporation is deemed a citizen of both the state of incorporation and its principal place of business. *N.*

*Bunge Corp.,* 899 F.2d 591, 594 (7th Cir.1990); *see* 28 U.S.C. § 1332(c)(1). The term "principal place of business" refers to the corporation's "nerve center"-the place where a corporation's officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend,* 559 U.S. 77, 92–93, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010). Thus, the Court **DISMISSES without prejudice** plaintiff's complaint. The Court **ALLOWS** plaintiff up to and including May 6, 2016 to file an amended complaint that comports with this Order.

    **IT IS SO ORDERED.**

    Signed this 7th day of April, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.04.07 13:27:30 -05'00'

**United States District Judge**